IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA L. GOLKOW, | : | CIVIL ACTON |
| | : | NO. 07-3355 |
| v. | : | |
| | : | |
| ESQUIRE DEPOSITION | : | |
| SERVICES, LLC | : | |

ORDER

AND NOW, this 23 day of September 2009, upon consideration of defendant's motion for summary judgment and plaintiff's opposition thereto, it is hereby ORDERED that defendant's motion is GRANTED IN PART and DENIED IN PART in accordance with the accompanying memorandum. Counsel should inform my Chambers (215-597-2750) within 10 business days of this date if a settlement conference might be productive.

_____
THOMAS N. O'NEILL, JR., J.