IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA L. GOLKOW, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ESQUIRE DEPOSITION SERVICES, LLC, | : | NO. 07-cv-03355 |
| Defendant. | : | |

## ORDER

And now, this 15th day of July, 2010, upon consideration of plaintiff's Motion for Leave to Amend Complaint (Doc. No. 23) and all responses thereto (Doc. No. 26), it is hereby ORDERED plaintiff's motion is DENIED for the reasons stated in the accompanying Memorandum Opinion.

BY THE COURT:

HONORABLE TIMOTHY R. RICE
United States Magistrate Judge